**ADELINE MORAN v. MABELLE H. PLUMB, joined by JOSEPH H. PLUMB, her husband, JOHN H. HARRIS, IEUAN HARRIS, as guardian of WILLIAM R. HARRIS and DAVID S. HARRIS, minors, J. K. WILLIAMSON, as Trustee for Adeline Moran and Joseph Bannon, and ROBERT H. MORSE and ROSALIE D. MORSE, his wife.**

6 So. (2nd) 266                                          Division B
February 10, 1942

Roebuck & Zeigler for appellant.

Shutts, Bowen, Simmons, Prevatt and Julian, for appellees.

PER CURIAM:

The appellant brought suit to cancel a contract for the purchase of certain lands in Palm Beach County and to foreclose a vendee's lien. Fifteen questions are argued but the parties are widely at variance as to which are controlling. They all turn on the sufficiency of the amended bill of complaint to state a case in equity. Each question has been examined in the light of the record and we find no reversible error. To discuss them would require a long opinion that would serve no useful purpose.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN, and THOMAS, JJ., concur.